STEPHEN REPASI *v.* JENKINS BROTHERS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 16 Conn. App. 121, is denied.

*Edward F. Kunin,* in support of the petition.

Decided October 14, 1988

STATE OF CONNECTICUT *v.* WILLIE A. DOUGLAS
STATE OF CONNECTICUT *v.* RICHARD BUSH, JR.

*James M. Connolly* and *Leopold P. DeFusco,* in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided October 14, 1988

JAMES J. QUINN III *v.* MIDDLESEX INSURANCE
COMPANY ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 209, is denied.

*John W. Lemega,* in support of the petition.
*William F. Gallagher,* in opposition.

Decided October 14, 1988

DAVID SHORTT *v.* NEW MILFORD POLICE DEPARTMENT

The defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 232, is granted, limited to the following issues: